**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE HINTZ,<br><br>            Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>            Defendant. | Case No.  3:20-cv-00662<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JAMIE HINTZ, and the Defendant, MIDLAND CREDIT MANAGEMENT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

1

DATED: August 24, 2021

| | |
|---|---|
| */s/ Nicholas M. Wajda* | */s/ John M. Naylor* |
| **WAJDA LAW GROUP, APC** | NAYLOR & BRASTER |
| Nicholas M. Wajda | John M. Naylor (NBN 5435) |
| WAJDA LAW GROUP, APC | Andrew J. Sharples (NBN 12866) |
| 871 Coronado Center Drive | 1050 Indigo Drive, Suite 200 |
| Suite 200 | Las Vegas, NV 89145 |
| Henderson, Nevada 89052 | (t) (702) 420-7000 |
| +1 702-900-6339 | (f) (702) 420-7001 |
| nick@wajdalawgroup.com | jnaylor@nblawnv.com |
| | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge

DATE:  August 24, 2021.